| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DENNIS FLEETE WHITE, §
§
    Petitioner, §
§
versus § CIVIL ACTION NO. 1:22-CV-100
§
WARDEN, FCI BEAUMONT LOW, §
§
    Respondent. §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Dennis Fleete White, an inmate formerly confined at FCI Beaumont Low, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On January 31, 2023, the magistrate judge entered a Report and Recommendation in which she recommended denying the petition (#10). To date, the parties have not filed objections to the Report and Recommendation.[1]

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of facts and conclusion of law of the United States Magistrate Judge are correct.

---

[1] On February 13, 2023, a copy of the Report and Recommendation sent to Plaintiff at the address provided by him, was returned with the notation "undeliverable" and "return to sender." (#11). It is Petitioner's obligation to keep the court apprised of any changes in his address.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#10) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 9th day of March, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE